UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRACY RENEE RUFFIN and
DONALD FARABEE RUFFIN,

CIVIL NO. 15-2696 (MJD/JSM)

    Plaintiffs,

v.

ORDER

DELORES FARABEE,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July16, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Plaintiff Tracy Renee Ruffin's application for leave to proceed *in forma pauperis*, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 19, 2015

                                          s/Michael J. Davis
                                          MICHAEL J. DAVIS
                                          United States District Court Judge